OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Peter D. DELANEY, Respondent.

No. 323 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 12, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of May, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 24, 1997, it is hereby

ORDERED that PETER D. DELANEY be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.